■ EDMOND C. SEMEL et al., Appellants, v 6465 REALTY CO., Respondent.—Order, Supreme Court, New York County (Carmen Ciparick, J.), entered on or about February 25, 1987, and judgment of said court entered on March 3, 1987, unanimously affirmed, for the reasons stated by Ciparick, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNETTE SWANSON, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on January 18, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Sullivan, Kassal and Smith, JJ.